IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02426-RPM

U. S. FOODSERVICE, INC.,

        Plaintiff,

v.

SHAMROCK FOODS COMPANY, INC.,
NORMAN JOSEPH,
BENJAMIN AYOTTE and
GREG MEIRIS,

        Defendants.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

On July 22, 2005, the plaintiff, U.S. Foodservice, Inc., filed a motion for voluntary dismissal of its complaint without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).  The plaintiff represented that the motion was unopposed.  On June 24, 2005, the defendant Shamrock Foods Company, Inc., filed a counter-claim in the amended answer filed on that date.  A scheduling conference has been set for Friday, July 29, 2005, at 11:00 a.m.  Today, defendant Shamrock Foods Company filed a pleading identified as Notification of Intent to File Voluntary Dismissal without Prejudice of Counter-claim, indicating an intention to dismiss the counterclaim without prejudice upon dismissal of the plaintiff's dismissal of its claims.  This pleading is not in compliance with any of the Federal Rules of Civil Procedure.  The Court interprets the

defendant's pleading as a voluntary dismissal of the counterclaim and it is now

ORDERED that the plaintiff's complaint, the counterclaim of Shamrock Foods Company and this civil action are dismissed without prejudice and it is

FURTHER ORDERED that the scheduling conference set for July 29, 2005, at 11:00 a.m. is vacated.

DATED: July 28th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge