IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02426-RPM

U. S. FOODSERVICE, INC.,

        Plaintiff,

v.

SHAMROCK FOODS COMPANY, INC.,
NORMAN JOSEPH,
BENJAMIN AYOTTE and
GREG MEIRIS,

        Defendants.
_____

ORDER DENYING SHAMROCK FOOD COMPANY'S APPLICATION FOR COSTS AND ATTORNEYS' FEES
_____

    Upon consideration of the application for costs and attorneys' fees, filed by Defendant Shamrock Foods Company on August 2, 2005, and the memorandum in support thereof and upon review of the Statement of Claims and Defenses in the scheduling order of June 10, 2005, the Court concludes that the plaintiff's voluntary dismissal without prejudice does not provide grounds for determining that the Defendant Shamrock Foods Company, Inc., is the prevailing party within the terms of the "protocol to prevent disputes" cited in the application.  It is therefore

ORDERED that the application for attorneys' fees is denied.

DATED: August 8, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge